UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | |
| TAX INDEBTEDNESS OF | ) | No. |
| DAVID DARNELL BROWN | ) | |
| 167 RIVERCHASE DRIVE | ) | |
| HENDERSONVILLE, TENNESSEE | ) | **FILED UNDER SEAL** |
| 37075 | ) | |

ORDER

The Application and Order for Entry on Premises to Effect Levy, including the Affidavit in the above case are hereby placed under seal until the execution of the search warrant.

This ___ day of July, 2010.

WILLIAM J. HAYNES
U. S. District Judge