UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                NO. 3:10-sm-102
                                                  JUDGE HAYNES
DAVID DARNELL BROWN

MOTION TO UNSEAL APPLICATION AND ORDER FOR ENTRY

The Government moves to have the Application and Order for Entry on Premises in this case unsealed due to the fact that the search warrant has been executed.

*[Handwritten: Granted / Thereshon / is GRANTED. / [signature] / 8-27-10]*

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By [signature]
JIMMIE LYNN RAMSAUR
Assistant United States Attorney
Middle District of Tennessee
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Phone: 615-736-5151